UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL SIMONDS, | CASE NO. C08-0046-JCC-MAT |
| Plaintiff, | |
| v. | REPORT AND RECOMMENDATION |
| FOX, et al., | |
| Defendants. | |

Plaintiff Paul Simonds, appearing *pro se*, recently filed an application to proceed *in forma pauperis* (IFP) and a proposed civil rights complaint. (Dkt. 1.) The complaint is completely unintelligible, fails to clarify the specific defendants named, and fails to provide a clear request for relief.

Pursuant to 28 U.S.C. § 1915(e)(2)(B), this Court may deny an application to proceed IFP and should dismiss a complaint if it is frivolous or fails to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(ii); *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990). An action is frivolous if "it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

REPORT AND RECOMMENDATION
PAGE -1

Here, plaintiff fails to allege sufficient facts to place defendants on notice of the nature of his claims or otherwise provide any basis for jurisdiction in this Court. *See* Fed. R. Civ. P. 8(a). Because this action appears frivolous and fails to state a claim upon which relief can be granted, it is subject to dismissal under 28 U.S.C. § 1915(e)(2)(B) and Federal Rule of Civil Procedure 12(b)(6).

Plaintiff has submitted numerous similar proposed complaints to this Court.[1] The Court once again advises plaintiff of his responsibility to research the facts and law before filing a complaint in order to determine whether his claim for relief is frivolous. If plaintiff files a frivolous action, he may be sanctioned. *See* Fed. R. Civ. P. 11. The Court would likely impose sanction of dismissal on any frivolous complaint. If plaintiff files numerous frivolous or malicious complaints, the Court may bar him from proceeding in this Court. *See DeLong v. Hennessey*, 912 F.2d 1144, 1146-48 (9th Cir. 1990) (discussing bar order requirements).

---

[1] Plaintiff is a prolific litigator who has filed a number of similar lawsuits in the past two years against various judges, attorneys, and other officers in this district. *See, e.g.*, *Simonds v. Ninth Circuit*, C07-1353-MJP (W.D. Wash. 2007); *Simonds v. Fox*, C07-1250-MJB (W.D. Wash. 2007); *Simonds v. Social Sec. Admin.*, C07-741-MJP (W.D. Wash. 2007); *Simonds v. Canby* (II), C07-536-MJP (W.D. Wash. 2007); *Simonds v. Martinez*, C07-523-TSZ (W.D. Wash. 2007); *Simonds v. Donohue*, C06-1588-JLR (W.D. Wash. 2006); *Simonds v. Zilly*, C06-1385-RSL (W.D. Wash. 2006); *Simonds v. Fox* (II), C06-1384-RSM (W.D. Wash. 2006); *Simonds v. Fox* (I), C04-2473-JCC (W.D. Wash. 2005); *Simonds v. Canby* (I), C05-1887-JCC (W.D. Wash. 2005).

REPORT AND RECOMMENDATION
PAGE -2

01     Because of the deficiencies in plaintiff's proposed complaint, his request to proceed IFP
02 should be DENIED and this case DISMISSED without prejudice. 28 U.S.C. § 1915(e)(2)(B).
03 A proposed order of dismissal accompanies this Report and Recommendation.
04     DATED this 17th day of January, 2008.

                                    /s/ Mary Alice Theiler
                                    Mary Alice Theiler
                                    United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -3