UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| PAUL SIMONDS, | ) | CASE NO. C08-0046-JCC-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING APPLICATION |
| | ) | TO PROCEED *IN FORMA PAUPERIS* |
| FOX, et al., | ) | AND DISMISSING CASE |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's application to proceed in forma pauperis is DENIED and this matter is DISMISSED without prejudice; and,

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 19th day of February, 2008.

/s/ John C. Coughenour
John C. Coughenour
United States District Judge

ORDER DENYING APPLICATION TO PROCEED
*IN FORMA PAUPERIS* AND DISMISSING CASE
PAGE -1